NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1559

STATE IN THE INTEREST OF
T.R.R., ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO. 3689,
HONORABLE KRISTIAN EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Jimmie C. Peters, and Marc T. Amy, Judges.

AFFIRMED.

L. Antoinette Beard
Attorney at Law
825 Kaliste Saloom Road
Building 1, Room 218
Lafayette, LA  70508
(337) 262-1555
COUNSEL FOR:
    State of Louisiana

Brett Stefanski
Attorney at Law
Post Office Drawer 730
Crowley, LA  70527
(337) 783-7000

**COUNSEL FOR:**
    **T.R.R. and T.T.R. (Minor children)**

**Rett Harrington**
**Attorney at Law**
**Post Office Drawer B**
**Crowley, LA  70527**
**(337) 783-8580**
**COUNSEL FOR:**
    **L.M. (Mother)**

**Glenn E. Howie**
**Attorney at Law**
**Post Office Box 932**
**Crowley, LA  70527**
**(337) 785-8500**
**COUNSEL FOR:**
    **A.R. (Father)**